UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60852-CIV-DIMITROULEAS

KAREN KOLLINGER,

    Plaintiff,

vs.

CELEBRATION CRUISE OPERATOR, INC.,

    Defendant.
_____/

**ORDER DENYING, WITHOUT PREJUDICE,
PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

THIS CAUSE is before the Court upon Plaintiff's Notice of Settlement and Motion to Dismiss with Prejudice [DE 20], filed herein on January 11, 2013.  The Court construes the Motion as Plaintiff's Notice of Voluntary Dismissal with Prejudice.  The Court has carefully considered the Notice and is otherwise fully advised in the premises.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal "before the opposing party serves either an answer or a motion for summary judgment."  Otherwise, a stipulation of dismissal signed by all parties who have appeared is required.  Fed. R. Civ. P. 41(a)(1)(ii).  Defendant Celebration Cruise Operator, Inc. filed an Answer to the Complaint on May 30, 3012. [DE 14].

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Notice of Settlement

and Motion to Dismiss with Prejudice [DE 20], is hereby **DENIED without prejudice** to be re-filed with signatures from all parties who have appeared in this action.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of January, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record